UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   CASE No. 8:80-CV-849-T-23TGW

PINELLAS COUNTY, et al.,

    Defendants.
_____

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon the Joint Motion to Reopen Case (Doc. 17) and the Joint Motion for Partial Dissolution of Consent Agreement (Doc. 18), which were referred to me for a Report and Recommendation (Doc. 19). A hearing was held before me on June 27, 2014, with counsel for the United States, Pinellas County, and Pinellas County Sheriff's Office.

The United States and Pinellas County seek to dissolve the consent agreement approved by the court on December 10, 1980, as it pertains to Pinellas County. The United States has determined that Pinellas County has satisfied the objectives of the consent agreement. There was nothing set forth in the motion or stated at the hearing that suggests that the

requested relief should not be granted. Accordingly, there is no apparent reason not to dissolve the consent agreement as it relates to Pinellas County.

The motion for partial dissolution indicates that Pinellas County Sheriff's Office objects to the statement that it will remain bound to the consent agreement. However, no motion for dissolution has been filed by Pinellas County Sheriff's Office. Therefore, the dissolution of the consent agreement as it applies to Pinellas County Sheriff's Office is not properly presented for consideration at this time.

For the foregoing reasons, I recommend that the Joint Motion to Reopen Case (Doc. 17) and the Joint Motion for Partial Dissolution of Consent Agreement (Doc. 18) be granted.

Respectfully submitted,

DATED: JUNE 27, 2014

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date

of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).