UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO.: 8:80-cv-849-T-23TGW

PINELLAS COUNTY FLORIDA, et al.,

    Defendants.
_____/

**ORDER**

A June 3, 2014, order (Doc. 19) refers the motion (Doc. 17) to re-open and motion (Doc. 18) for partial dissolution to Magistrate Judge Thomas G. Wilson for a report and recommendation. A June 27, 2014, order (Doc. 26) recommends granting the motions. More than seventeen days has passed, and neither the plaintiff nor the defendants object. The report and recommendation (Doc. 26) is **ADOPTED**. The motion (Doc. 17) to re-open and motion (Doc. 18) for partial dissolution are **GRANTED**. This case is **RE-OPENED**. "[A]s it relates to Pinellas County," the consent agreement is **DISSOLVED**. This case is again **CLOSED**.

ORDERED in Tampa, Florida, on July 16, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE